| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Burris, Helen E. | 2. Court or Organization<br><br>US Bankruptcy Court, DSC | | 3. Date of Report<br><br>05/01/2015 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge- Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final | | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| | 5b. ☐   Amended Report | | |
| 7. Chambers or Office Address<br><br>Federal Courthouse<br>201 Magnolia Street<br>Spartanburg, SC 29306 | | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee Trust #1, #2, #3 | See Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 08/29/14 | distribution from IRA disclosed in part VII lines 11 - 13 and reported on tax return | $25,042.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Employment with Turner Padget Graham & Laney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 01/24/2014 to 01/25/2014 | Kiawah Island, SC | CLE/Bar meeting | registration waived |
| 2. | American Bankruptcy Institute | 03/01/2014 to 03/04/2014 | New York, NY | Moot Court Judge | travel, lodging, food and expenses |
| 3. | South Carolina Bankruptcy Law Association | 05/02/2014 to 05/04/2014 | Asheville, NC | CLE/annual meeting | lodging and food, registration waived |
| 4. | National Conference of Bankruptcy Judges | 10/07/2014 to 10/11/2014 | Chicago, IL | CLE/ annual meeting | lodging, travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Turner Padget Graham & Laney 401K plan (loan from Fidelity Freedom 2030 Fund listed on VII) | loan from employer investment account to filer spouse | J |
| 2. | American Express card | ▓▓▓ business card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South State Bank (formerly SCBT)- Accounts | A | Interest | K | T | | | | | |
| 2. Tr. #1 South State Bank (formerly SCBT) | A | Interest | J | T | | | | | |
| 3. Tr. #2 Russell Frank Inv. Co. Lifepoints Fund Conserv. | A | Int./Div. | J | T | Sold (part) | 05/19/14 | K | | cashed out in part |
| 4. Russell Frank Inv. Co. Lifepoints Fund Growth Strategy Relax | C | Int./Div. | M | T | Distributed (part) | 12/29/14 | J | | reinvested in 21 |
| 5. ING USA Annuity and LIfe Insurance Co. | | None | M | T | | | | | |
| 6. NW Mutual Whole Life Cash Value #1 | D | Dividend | L | T | | | | | |
| 7. #2 Putnam Investments New Opportunities Fund Class A & B | A | Dividend | J | T | Sold (part) | 08/28/14 | J | | |
| 8. 401K Fidelity Freedom 2030 Fund | E | Int./Div. | M | T | | | | | |
| 9. NetReit Real Estate Investment Trust | B | Dividend | K | T | | | | | |
| 10. IRA American Funds | | | | | | | | | |
| 11. -American Funds-The Investment Company of America A | A | Dividend | | | Distributed | 08/29/14 | J | | closed 2014 |
| 12. -American Funds-Income Fund of America A | A | Dividend | J | T | Distributed (part) | 08/29/14 | J | | partial distrib 2014 |
| 13. -American Funds-EuroPacivic Growth Fund A | A | Dividend | | | Distributed | 08/29/14 | J | | closed 2014 |
| 14. -American Funds-American Balanced Fund A | A | Dividend | J | T | | | | | |
| 15. Future Scholar 529 College Savings Plan-FS Mod Conserv (no control) | A | Int./Div. | J | T | Distributed (part) | 08/08/14 | J | | |
| 16. -cont'd | | | | | Buy (add'l) | 12/31/14 | J | | |
| 17. Monogram Residential Trust (formerly Behringer Harvard Multifamily) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property #1 Greenville SC | D | Rent | K | W | | | | | |
| 19. Trust #3 Invesco Bal Risk Alloc C | A | Int./Div. | J | T | Sold (part) | 02/18/14 | J | | |
| 20. Future Scholar 529 College Savings Plan (2nd acct) -FS Mod Conserv (2) | A | Int./Div. | J | T | Open | 12/31/14 | J | | |
| 21. Russell LifePoints Growth Strategy A (RALAX) | | None | J | T | Open | 12/29/14 | J | | from #4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. #17- Behringer Harvard Multifamily REIT I, Inc., became self managed in July 2014 and is now known as Monogram Residential Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544